# CIVI MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | April 17, 2019 |
| **TIME:** | 2:00 P.M. |
| **DOCKET NUMBER(S):** | CV-17-7458 (MKB)<br>CV-18-5930 (MKB) |
| **NAME OF CASE(S):** | **OSCILLOSCOPE PICTURES, INC. -V- MONBO, ET AL.**<br>**MONBO, ET AL. -V- NATHAN, ET AL.** |
| **FOR PLAINTIFF(S):** | Meloni **in case CV-17-7458**<br>Olivera with Monbo & Monbo **in case CV-18-5930** |
| **FOR DEFENDANT(S):** | Olivera with Monbo & Monbo **in case CV-17-7458**<br>Friedman, Weiner, Meloni & Sternman **in case CV-18-5930** |
| **NEXT CONFERENCE(S):** | **MAY 30, 2019 AT 3:00 P.M., IN-PERSON** |
| **FTR/COURT REPORTER:** | 2:12 - 2:51 |

## RULINGS FROM MOTION HEARING:

For the reasons discussed on the record, the Court makes the following rulings in 17cv7458:  Defendants' Motion to Dismiss [57] is denied as improperly filed; Plaintiff's MOTION for pre motion conference [59] is denied as moot; Defendants' MOTION to Appoint Counsel [61] is terminated as the application was actually a request for time to find counsel and MOTION to Withdraw as Attorney [63] is granted.  Counsel is directed to file a letter on ECF containing Defendants' contact information.  Until another lawyer enters a notice of appearance, Defendants will proceed pro se.  Once the letter is filed, Attorney Olivera will be formally terminated as attorney of record.  Plaintiff's Motion for pre motion conference [59] is denied as moot at this time with leave to re-open following consultation with new counsel.

The Court makes the following rulings in 18cv5930: Plaintiffs' MOTION to Appoint Counsel is terminated as the application was actually a request for time to find counsel [57] and MOTION to Withdraw as Attorney [60] is granted.  Counsel is directed to file a letter on ECF containing Defendants' contact information.  Until another lawyer enters a notice of appearance, Defendants will proceed pro se.  Once the letter is filed, Attorney Olivera will be formally terminated as attorney of record.  Plaintiffs' Letter MOTION to Amend/Correct/Supplement [52] is denied as improperly filed.  Defendants' Motion for pre motion conference [53] is denied as moot at this time with leave to re-open following consultation with new counsel.  Defendant's Letter MOTION for Leave to File Document [63] is granted.  When appropriate, counsel may hand deliver copies of any DVDs filed as exhibits.

The Court will hold a status conference on May 30, 2019 at 3:00 p.m.  The Monbos and their new attorney are required to appear along with all counsel.