

101 Park Avenue, 17th Floor
New York, NY 10178
Tel (212) 878-7900  Fax (212) 692-0940
www.foxrothschild.com

ALAN R. FRIEDMAN
Direct No:  212.878.1426
Email: AFriedman@FoxRothschild.com

April 18, 2019

**VIA ECF**

Honorable Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   <u>Monbo, et al. v. Nathan, et al., Case No. 1:18-cv-05930-MKB-ST</u>

Dear Judge Tixcione:

My law firm represents Defendants Lotfy Nathan, Red Gap Film Group, LLC and Vertical Entertainment, Inc.  I am writing in connection with the conference held yesterday (April 17, 2019) and the Minute Order entered earlier today [DN 64] in connection with that conference.

During the conference Your Honor directed that my clients not serve their response to the current Complaint in light of Plaintiffs' announced plan to file an amended complaint following their engagement of new counsel.  In connection with that direction, I stated that I would speak with Plaintiffs' new counsel and set a schedule to file the response to the forthcoming amended complaint and, if no agreement could be reached, comply with the Federal Rules of Civil Procedure with respect to its filing date.  Your Honor agreed with this approach and noted that there was no reason to file an answer now and then a second answer in response to the forthcoming amended complaint.

I am writing to note the foregoing because my clients' response was, until yesterday's conference, due tomorrow.  Based on yesterday's conference, we will not be serving the response tomorrow.  I am writing now so there is no issue that my clients are not defaulting.  If, contrary to the proceedings yesterday, Your Honor now is requiring that my clients file a

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Minnesota
Nevada    New Jersey    New York    North Carolina    Pennsylvania    South Carolina    Texas    Washington



Honorable Steven L. Tiscione
April 18, 2019
Page 2

response to the original complaint now and a response to the Plaintiffs' amended complaint hereafter, which we don't understand Your Honor to be requiring, we will do so promptly after Your Honor so advises.

Thank you for your consideration of this matter.

Respectfully submitted,

Alan R. Friedman


cc: All Counsel via ECF
    Deafueh Monbo (by email: 12oclockboyzlaw@gmail.com)